537 U.S. 1160
 BONTA, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES
v.
CHILDREN'S HOSPITAL AND MEDICAL CENTER ET AL.
 No. 02-840.
 Supreme Court of United States.
 January 21, 2003.
 
 1
 CERTIORARI TO THE COURT OF APPEALS OF CALIFORNIA FOR THE FIRST APPELLATE DISTRICT.
 
 
 2
 Ct. App. Cal., 1st App. Dist. Certiorari denied. Reported below: 97 Cal. App. 4th 740, 118 Cal. Rptr. 2d 629.